# APPENDIX A

## Indiana Securities Division

### Database Search

### *** Collection Agency Information ***

| NAME | Portfolio Recovery Associates, L.L.C. |
|---|---|
| REGISTRATION NUMBER | 9188 |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 01/11/2002 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 120 Corporate Blvd., Suite 100<br>Norfolk, VA   23502 |
| CORRESPONDENT | Franci Wayland |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

New Search

« Back to the SOS Web site

## Indiana Securities Division

### Database Search

### *** Collection Agency Information ***

| NAME | Palisades Collection, LLC |
|---|---|
| REGISTRATION NUMBER | 6658 |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 10/02/2002 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 210 Sylvan Avenue<br>Englewood Cliffs, NJ   07632 |
| CORRESPONDENT | |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

New Search

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| NAME | Zenith Acquisition Corp |
|---|---|
| REGISTRATION NUMBER | 06-0122 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 08/23/2006 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 170 Northpointe Pkwy, Suite 300<br>Amherst, NY   14228 |
| CORRESPONDENT | Jillian Leffler |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| | |
|---|---|
| NAME | Asset Acceptance Recovery Services, LLC |
| REGISTRATION NUMBER | 12-0116 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 08/03/2012 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 28405 VanDyke Avenue<br>Warren, MI   48093 |
| CORRESPONDENT | Warren Brasch |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| NAME | Equable Ascent Financial, LLC |
|---|---|
| REGISTRATION NUMBER | 11-0070 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 06/07/2011 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 1120 W. Lake Cook Road, Suite B<br>Buffalo Grove, IL   60089 |
| CORRESPONDENT | Blanca Lule |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| NAME | AFNI, Inc |
|---|---|
| REGISTRATION NUMBER | 9271 |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 04/17/2001 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 1310 Martin Luther King Drive Bloomington, IL   61701 |
| CORRESPONDENT | Alicia Williams |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| | |
|---|---|
| NAME | AIS Services, LLC |
| REGISTRATION NUMBER | 06-0040 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 01/23/2012 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 10225 Barnes Canyon Road, Suite #A210<br>San Diego, CA   92121 |
| CORRESPONDENT | Audrey Williams |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

## Indiana Securities Division

### Database Search

*** Collection Agency Information ***

| NAME | Allied International Credit Corp., (US) |
|---|---|
| REGISTRATION NUMBER | 07-0099 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 06/12/2007 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 6800 Paragon Place, Suite 400<br>Richmond, VA   23230 |
| CORRESPONDENT | Richard Arko |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| NAME | Armor Systems Corporation |
|---|---|
| REGISTRATION NUMBER | 11-0146 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 11/22/2011 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 1700 Kiefer Drive, Suite 1 Zion, IL   60099 |
| CORRESPONDENT | NMLS 974888 |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| | |
|---|---|
| NAME | Autovest, LLC dba Autovest, LLC of Indiana |
| REGISTRATION NUMBER | 11-0133 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 10/21/2011 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 26261 Evergreen Road, Suite 390<br>Southfield, MI   48076 |
| CORRESPONDENT | Lisa Soller |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| | |
|---|---|
| NAME | Atlantic Credit & Finance, Inc |
| REGISTRATION NUMBER | 940558 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 06/17/2009 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 2727 Franklin Rd SW<br>Roanoke, VA 24014 |
| CORRESPONDENT | Hudson, Kevin |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| NAME | Security Credit Services, LLC |
|---|---|
| REGISTRATION NUMBER | 11-0108 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 08/24/2011 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 2653 West Oxford Loop, Suite 108 Oxford, MS   38655 |
| CORRESPONDENT | Dee- Dee Bell |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site

# Indiana Securities Division

## Database Search

### *** Collection Agency Information ***

| NAME | LHR Inc. dba Lewis Hastie Receivables, Inc |
|---|---|
| REGISTRATION NUMBER | 08-0169 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 02/29/2012 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 3832 E. Watkins Street, Suite 200<br>Phoenix, AZ   85034 |
| CORRESPONDENT | Melanie Smolarek |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site